# TABLE OF CONTENTS

TABLE OF CONTENTS……………………………………

EMERGENCY BILL OF COMPLAINT ………………… 3

  STATEMENT OF FACTS……………………………..4

  CLAIMS FOR RELIEF………………………………….5

  DECLARATORY JUDGEMENT………………………7

  EMERGENCY INJUNCTIVE RELIEF…………………8

  BRIEF IN SUPPORT……………………… …………… 9

WARRANT FOR ARREST OF PROPERTY

EXHIBITS- COURT ORDERS

CERTIFICATE OF SERVICE

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
600 Market Street 2nd Floor
Philadelphia Pa. 19106

NAJA TALIBAH ZAHIR
*Plaintiff,*
v.
LAWRENCE JOSEPH HOGAN JR.
*Defendant,*
v.
RALPH NORTHAM
*Defendant.*

## Emergency Bill of Complaint

Naja Talibah Zahir brings this action against the LAWRENCE JOSEPH HOGAN JR and RALPH NORTHAM, and for its Bill of Complaint asserts as follows:

### PARTIES

1. Plaintiff, NAJA TALIBAH ZAHIR is a securities company/entity for the Royal Heirs Family Trust, governed by Her Royal Majesty queen naja (See Pennsylvania court order and queens proclamation attached) in the jurisdiction of the Shaykamaxum Republic Tribal Nations, queen naja brings this suit in her capacity as sovereign trustee for the beneficiaries.

2. First Defendant LAWRENCE JOSEPH HOGAN JR, an agent acting as trustee for State of Maryland, organized as a Brokerage House for Human trafficking and securities *fraud,* State of Maryland is a franchise of the United

1

States, Process may be served upon Maryland as provided in Supreme Court Rules 17 and 29 (service upon both the Governor of Maryland and the Attorney General of Maryland).

3. Second Defendant RALPH NORTHAM, an agent acting as trustee for Commonwealth of Virginia, organized as a Brokerage House for Human trafficking and securities *fraud*, Commonwealth of Virginia is a franchise of the United States. Process may be served upon Virginia as provided in Supreme Court Rules 17 and 29 (service upon both the Governor of Virginia and the Attorney General of Virginia).

## JURISDICTION

4. The Court is given original jurisdiction over this controversy between the royal sovereign heir and the States under Article III, § 2, cl. 2 of the Constitution of the United States and 28 U.S.C. § 1251(a).

## STATEMENT OF THE CASE

5. On November 19, 2019, agents working on behalf of Commonwealth of Virginia in the Loudoun County district, by and through agents for the Sheriffs Department, Commissioners Office and the States Attorney's Office carried out treason, human trafficking and securities *fraud*, by organizing an abduction of a royal heir, queen naja, detained the living woman's body for (51) days, in Loudoun County Virginia while sexual assault, human torture rituals practiced and attempted murder ensued by several agents, and trespassing on the securities company NAJA TALIBAH ZAHIR-4661, charging the estate with unlawful charges, antitrust violations,

securities *fraud*, trading bonds and securities without consent and creating a false identity NAJA, QUEEN at Loudoun General District Court, 18 East Market Street, Leesburg, Virginia, Cases number: GC20000148-00, GC19006176-00, GC19006177-00, GC19006182-00. During the (51) days of abduction Governor Ralph Northam was notified and refused to respond.

On or around January 6, 2020, all charges by the *state* against NAJA TALIBAH ZAHIR, was nolle prosequi (*abandoned*) and queen naja was released from the abduction and immediately transferred to agents of the State of Maryland for further human trafficking and criminal activity across state lines by agent James Mountcastle, Anne Arundel County police detective and his police chief, commissioners, and State's Attorney, Anne Colt Leitess, and her Assistant States Attorneys, at Anne Arundel County District Court, 251 Rowe Blvd, Annapolis, Maryland, case number: D-02-CR-20-012060 whereby, queen naja was trafficked from Anne Arundel County and after about (8) days trafficked to Prince Georges County Maryland for (51) days of more sexual assault and attempted murder by agents for the State of Maryland, agents, Aisha N. Braveboy, Brian Charles Denton, Derreck Clagett, Commissioner and several other agents trespassed on the securities company, NAJA TALIBAH ZAHIR, extorting monies, and fraudulently demanding "cash" bail for release of the body and securities *fraud*, antitrust violations, and trading bonds on the stock market without consent by way of District Court of Maryland For Prince Georges County case number ,1T00JJ3, 1T10JJ3, 1T20JJ3 et al and the Circuit Court for Prince Georges County case number CJ200216. On

February 29, 2020, the body of queen naja was released by order of Judge Brian Charles Denton upon him mentioning in the courtroom, "I think she has learned her lesson". The urgency for this case to be decided is imperative because each day that passes people are being injured by the agents of the states, families are being torn apart and destroyed by the human traffickers failing to act or delaying action is sending a message to the states that is activity is honorable and the people don't matter.

## STATEMENT OF FACTS

This complaint has been presented to the attorney general and governor for each state involved and the public officials have refused to respond or refute. There are current liens that have not been satisfied against agents acting on behalf of each state. The agents are violating the public trust and abusing the trust using the purported "sovereignty" of the state- "an artificial person" as a cover for criminal activity causing injury to the people. The royal heir an *origine* – child of the Almighty God, queen naja's inalienable rights to the land have been violated, and her body has been abused by agents of the Commonwealth of Virginia and State of Maryland. The agents of the state's have injured an entire family trust and nation by abducting the queen for that nation for (110) days and constant threats and solicitations for body abduction have been received. There is no excuse for failure to respond to these claims and the state agents have acquiesce, in violation of the 42 Divine Laws of Maat.

Unauthorized agents/ trustees have been acting in bad faith, trespassing on the estate, using its name, creating fraudulent contracts and securities and usury of the securities number XXX-XX-4661 of the estate, using it with no authority for the holder in due course, creating alias names for the estate and several other crimes. These actions are causing injuries to the people, beneficiaries and the heirs of the nation. Equitable solutions and reciprocity OUGHT be given for all security interest for all Cestui Que Vie trusts of the agents operating unlawfully on the land.

## CLAIMS FOR RELIEF

Relief is sought in equity wherefore, pursuant to Canon of Positive Laws, the Governor or assigned fiduciary for each state, Commonwealth of Virginia and State of Maryland, involved in the injuries shall liquidate, dissolve and transfer the assets/equity for ALL abandoned Cestui Que Vie trusts (estate) residing in the state and provide a forensic audit (accounting) for each trust to the Royal Heirs Bank & Trust and transfer ALL abandoned public land to the Royal Heirs Bank & Trust. Furthermore, all public officials acting in bad faith shall be removed immediately from office to prevent further injury to the people and charged with treason, human trafficking and *fraud*, and since to public officials have abandoned the public trust in bad faith, the final approval for a newly elected governor shall be appointed by the royal court for Shaykamaxum Republic Tribal Nation upon an official vote by the


people. Finally, this honorable court is moved to honor the Warrant for Arrest of Property whereby equity is returned to the heirs.

Date: December 1, 2020

*queen naja*
queen naja, indenture trustee
Royal Office of the Judicature for
Shaykamaxum Republic Tribal Nation
2159 White Street, Suite 3-269
York, Pennsylvania 17404
naja2020@protonmail.com
Tel: 267-521-1533
*representative for plaintiff

## DECLARATORY JUDGEMENT

Under 28 U.S. Code § 2202, Naja Talibah Zahir is entitled to entry of a declaratory judgment for liability of Commonwealth of Virginia and State of Maryland in it's corporate capacity is liable for injuries and damages to the nation incurred by the agents acting in bad faith on behalf of the state for profit.

Date: December 1, 2020

*queen naja*
queen naja, indenture trustee
Royal Office of the Judicature for
Shaykamaxum Republic Tribal Nation
2159 White Street, Suite 3-269
York, Pennsylvania 17404
naja2020@protonmail.com
Tel: 267-521-1533
*representative for plaintiff

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
600 Market Street 2nd Floor
Philadelphia Pa. 19106

NAJA TALIBAH ZAHIR
*Plaintiff,*
v.
LAWRENCE JOSEPH HOGAN JR.
*Defendant,*
v.
RALPH NORTHAM
*Defendant.*

## WARRANT FOR ARREST OF PROPERTY

TO: ANY OFFICER OR EMPLOYEE OF THE UNITED STATES

WHEREAS a Complaint for Equitable Remedy EN REM, has been delivered to this Honorable Court on the 1st day of December 2020, by NAJA TALIBAH ZAHIR (Plaintiff), for reasons, and causes set forth in the Complaint;

YOU ARE HEREBY COMMANDED, to arrest and take custody of said properties as mentioned in the Claims for Relief, wherefore deliver of all equitable credit (assets) liquidated, and dissolved of the abandoned estates on the heirs land in the possession of the Commonwealth of Virginia trusts and State of Maryland trusts, arrest all abandoned public land, deeds and titles and to be detained immediately without delay and taken into the possession of this United States District Court Eastern District of Pennsylvania and this court shall transfer all assets minus administration cost within (30) days to the beneficiary trust, Royal Heirs Bank & Trust of the injured parties, and deliver all forensic audits to mailing address, Royal Heirs Bank& Trust, 2159 White Street, Suite 3-269, York, Pennsylvania, 17404. Court will notify beneficiary if additional time is needed for processing transfer of assets.

Date:_____                            J._____

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
TRIAL DIVISION—CIVIL

**NOVEMBER 2019**

IN THE MATTER OF
PETITION FOR CHANGE OF
NAME OF

_____ TERM, _____

naja zahir el

NO. **002360**

DECREE FOR CHANGE OF NAME

AND NOW, this 8th day of OCT., 2020, on hearing of the within Petition, and on motion of Petitioner, and on presentation of proof of publication of notice as required by law together with proof that there are no judgments or decrees of record or any other matter of like effect against the petitioner, and it appearing that there is no legal objection to the granting of the prayer of the petition,

IT IS HEREBY ORDERED and DECREED that the name of the Petitioner be and is hereby changed to **queen naja**.

In Re: Naja Zahir El-ORDRF

19110236000019

BY THE COURT:

_____ J.

**DOCKETED**

OCT - 8 2020

D. STEWART
JUDICIAL RECORDS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Temple*

United States Register of Copyrights and Director



**Registration Number**
**TXu 2-159-642**

**Effective Date of Registration:**
August 20, 2019

**Registration Decision Date:**
October 07, 2019

---

## Title

    **Title of Work:** By the Queen- A Proclamation

## Completion/Publication

    **Year of Completion:** 2019

## Author

-     **Author:** Queen Naja
    **Author Created:** text
    **Domiciled in:** United States
    **Year Born:** 1980
    **Anonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Queen Naja
    8843 Greenbelt Road, Suite 130, greenbelt, MD, 20770, United States

## Rights and Permissions

    **Organization Name:** Royal Office for Her Majesty Queen naja
    **Telephone:** (202)716-2448
    **Address:** 8843 Greenbelt Road, Suite 130
    greenbelt, MD 20770 United States

## Certification

    **Name:** Queen Naja
    **Date:** August 20, 2019

Page 1 of 2



## By the QUEEN
# A PROCLAMATION

Your Majesty queen naja, born the 11th of Elul, 5740, a royal heir of Turtle Island now known as, in part, the united States of America, hereby proclaim, that I am a free woman on this land and I declare freedom shall be granted to my posterity forever as the Almighty Creator of All Things desires and so be it. As the daughter of the Almighty Creator and descendant of the Ancient Mound Builders, I and my posterity, shall inherit all the earth as our Creator spoke in Genesis 13:14-15. The Creator's words are to be honored and the voices of our ancestors are not forgotten as they live within us. I shall provide my official Public Notice and Declarations and Lawful Protest. Let it be known, any and all land reclaimed by the royal heirs, shall be returned to "we the people", the original people- God's people. I am now and forever known as, Her Royal Majesty queen naja, Aborigine Heir of the Land, Descendant of the Ancient Mound Builders for Turtle Island. Long live the Queen. Proclaimed and Decreed on this day 30th of Sivan, 5779.

*Her Royal Majesty queen naja*

---

Philadelphia, Pennsylvania

Printed by the *Royal Office for the Aborigine Heirs*. 5779



FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
TRIAL DIVISION—CIVIL

IN THE MATTER OF
PETITION FOR CHANGE OF
NAME OF

NAJA TALIBAH ZAHIR

NOVEMBER 2018

NO. 002724

### DECREE FOR CHANGE OF NAME

AND NOW, this 8th day of Feb, 2019, on hearing of the within Petition, and on motion of Petitioner, and on presentation of proof of publication of notice as required by law together with proof that there are no judgments or decrees of record or any other matter of like effect against the petitioner, and it appearing that there is no legal objection to the granting of the prayer of the petition,

IT IS HEREBY ORDERED and DECREED that the name of the Petitioner be and is hereby changed to _naja zahir el_.

CERTIFIED FROM THE RECORD OF FEB 1 2 2019
DIRECTOR OFFICE OF JUDICIAL RECORDS
PHILADELPHIA COUNTY
BY Carmine Piccirilli

DOCKETED
FEB 1 1 2019
N. SWEENEY
JUDICIAL RECORDS

BY THE COURT:

_____ J.

In Re: Naja Talibah Zah-ORDRF

18110272400010

<div style="text-align:center">

IN THE UNITED STATE'S DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
600 Market Street 2nd Floor
Philadelphia Pa. 19106

NAJA TALIBAH ZAHIR
*Plaintiff,*

v.

LAWRENCE JOSEPH HOGAN JR.
*Defendant,*

v.

RALPH NORTHAM
*Defendant.*

</div>

## CERTIFICATE OF SERVICE

I certify, on December 1, 2020, the Emergency Bill of Complaint and Brief in Support, Warrant for Arrest of Property, Exhibits and Certificate of Services has been mailed certified US mail to:

<div style="text-align:center">

| Mark Herring | Brian Frosh |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| 202 North Ninth Street | 200 St. Paul Place |
| Richmond, Virginia 23219 | Baltimore, MD 21202 |
| (804)786-2071 | Tel: 410-576-6300 |
| *Counsel for Commonwealth of Virginia | *Counsel for the State of Maryland |
| Ralph Northam | Lawrence Hogan Jr. |
| Office of the Governor | The Office of Governor Larry Hogan |
| P.O. Box 1475 | 100 State Circle |
| Richmond, VA 23218 | Annapolis, MD 21401 |
| 804-786-2211 | (410) 974-3901 |
| *Governor for Commonwealth of Virginia | *Governor for the State of Maryland |

</div>

Case 3:21-cv-00547-DJN Document 1 Filed 12/01/20 Page 15 of 15 PageID# 15

## INDEMNITY BOND OF PETITIONER

We, the representatives for the Judgment Creditor and Surety, indemnify the United States District Court Eastern District of Pennsylvania, and all the U.S. Marshall's, and all and every person aiding the U.S. Marshall's in the premises, from harm, loss, damages, costs, suits, judgments and executions, that may at any time arise or be brought against the U.S. Marshall's or any of them for the levy or sale, and that we shall pay any judgment that may be obtained against the U.S. Marshall's or any of them by virtue of the levy or sale.

Surety: NAJA TALIBAH ZAHIR

THIS DAY __1st__ OF __December__, 20 __20__.

Bond No. 78981142

Petitioner: NAJA TALIBAH ZAHIR

Signature: ___Naja___