**From:** queen naja <naja2020@protonmail.com>
**Sent:** Tuesday, December 1, 2020 12:32 AM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** NEW FILING

**CAUTION - EXTERNAL:**

Dear Clerk,

Please file attached complaint. Once I receive a complaint number I will submit payment by check or money order immediately by mail. Thank you

Kind Regards,
Petitioner

Sent with ProtonMail Secure Email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.